FLNB Local Form 22
Rev. 12/2009

## United States Bankruptcy Court
### Northern District of Florida

In re   Mitzi C Ellison                                           Case No.  10-32281-KKS
                                    Debtor(s)                     Chapter  13

## ANNUAL STATEMENT
(Pursuant to 11 U.S.C. §521(f) and Standing Order of this Court)

**COMES NOW** Debtor(s),   Mitzi C Ellison  , by and through the undersigned attorney(s), and files this Annual Statement in accordance with 11 U.S.C. §521(f) and Standing Order of this Court, and hereby states as follows:

1. The income and expenditures of the Debtor(s), during the tax year 2013, are detailed on the attached Schedules I and J worksheets. The method of calculation of the Debtor(s)' monthly income and expenditures is detailed on the attached Schedules I and J worksheets. The attached schedule worksheets are not intended to amend previously filed schedules.

2. The Debtor(s)' monthly income is disclosed as follows:

   A. The amount and source of income of the Debtor(s) are as follows:

   Marianna Airmotive Corp. - $42,866.00

   B. The identity of any person responsible with the Debtor(s) for the support of any dependent of the Debtor(s):

   None.

   C. The identity of any person who contributed, and the amount contributed, to the household in which the Debtor(s) resides:

   None.

3. The Debtor(s) will ☐ or will not ☒ be filing a Motion to Modify Chapter 13 Plan due to changes in income and expenses as shown on Schedules I and J worksheets.

4. The Debtor(s) has filed the Annual Statement as required by 11 U.S.C. §521(f) and Standing Order of this Court and has complied with related provisions for the submission of tax returns to the Chapter 13 Trustee. The Debtor(s)' attorney is now eligible for disbursement of $250.00, and the Trustee is authorized to disburse said funds, if available.

RESPECTFULLY SUBMITTED January 28, 2015

/s/ Mark Lee Smith

Attorney for the Debtor(s)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic filing or first class mail to:

All parties in interest, all creditors and the Chapter 13 Trustee via the Mailing Matrix. Also, a copy will be furnished, via U.S. Mail, to the following creditors:

| | | |
|---|---|---|
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd.<br>Suite 200<br>Tucson, AZ 85712 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 288<br>Greenville, SC 29603 | PRA Receivables Management, LLC<br>as Agent of Portfolio Recovery Assoc.<br>P.O. Box 41067<br>Norfolk, VA 23541 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd.<br>Suite 200<br>Tucson, AZ 85712 | Oak Harbor Capital, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd.<br>Suite 200<br>Tucson, AZ 85712 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Mark Lee Smith

Attorney for Debtor(s)

Fill in this information to identify your case:

Debtor 1: Mitzi C Ellison

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (If known):

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
MM / DD / YYYY

## Official Form B 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | | |
   | Employer's name | Marianna Airmotive Corporation | |
   | Employer's address | P.O. Box 33<br>Cantonment, FL 32533 | |
   | How long employed there? | 14 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,572.17 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 3,572.17 | $ N/A |

Debtor 1 __Mitzi C Ellison__                           Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 3,572.17 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 814.97 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 169.63 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: __Vision Insurance__ | 5h.+ | $ 5.89 + | $ N/A |
|  | __Life Insurance__ |  | $ 30.81 | $ N/A |
|  | __Pre-Tax Accident__ |  | $ 40.13 | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,061.43 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,510.74 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,510.74 + $ N/A = | $ 2,510.74 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                               11.  +$  0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                               12.  $  2,510.74
                                                                                                      Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
   ■ No.
   ☐ Yes. Explain: _____

Official Form B 6I                          Schedule I: Your Income                                   page 2

Fill in this information to identify your case:

Debtor 1 __Mitzi C Ellison__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   　　☐ No
   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?  ■ No

   Do not list Debtor 1 and Debtor 2.　☐ Yes. Fill out this information for each dependent.........

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.　　4. $ 0.00

   If not included in line 4:

   4a. Real estate taxes　　　　　　　　　　　　　　　　　　　　　　　　4a. $ 49.00
   4b. Property, homeowner's, or renter's insurance　　　　　　　　　　　4b. $ 134.00
   4c. Home maintenance, repair, and upkeep expenses　　　　　　　　　4c. $ 100.00
   4d. Homeowner's association or condominium dues　　　　　　　　　　4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans　5. $ 0.00

Official Form B 6J　　　　　　　　　Schedule J: Your Expenses　　　　　　　　　page 1

Debtor 1  **Mitzi C Ellison**                                          Case number (if known)

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 300.00
   - 6b. Water, sewer, garbage collection — 6b. $ 120.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 100.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 375.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 175.00
10. **Personal care products and services** — 10. $ 60.00
11. **Medical and dental expenses** — 11. $ 40.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 300.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 30.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 28.44
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 80.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: **Home Security System** — 21. +$ 43.99
    **Pet Expenses** — +$ 85.00
22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. — 22. $ 2,020.43
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 2,510.74
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ 2,020.43
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 490.31
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes. Explain: