Kohls Department Stores
PO Box 2983
Milwaukee, WI 53201

Mark Lee Smith
Mark Lee Smith, PA
224 East Garden Street
Pensacola, FL 32502

Lowes
PO Box 105980
Dept 79
Atlanta, GA 30353-5980

Alliance Security
85 Garfield
Cranston, RI 02920

Nissan Motor Corporation
PO Box 60117
City of Industry, CA 91716-0117

AT&T Mobility
PO Box 536216
Atlanta, GA 30353

Sam's Club
P.O. Box 530942
Atlanta, GA 30353-0942

Bealls
PO Box 659705
San Antonio, TX 78265

Sears
P.O. Box 183081
Columbus, OH 43218-3081

Dillards
PO Box 981430
El Paso, TX 79998-1430

Target
PO Box 59317
MN 55469

Discover
PO Box 71084
Charlotte, NC 28272-1084

Toys R Us
PO Box 94014
Palatine, IL 60094-4014

FIA Card Services
PO Box 851001
Dallas, TX 75285-1001

Wal-Mart / GECRB
P.O. Box 530927
Atlanta, GA 30348-5486

Home Depot
PO Box 653054
Dallas, TX 75265-3054

HSBC
PO Box 5218
Carol Stream, IL 60197